**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sergio GARZA–FLORES, Defendant–Appellant.**

**No. 05–11230.**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided July 13, 2006.

Susan B. Cowger, Sarah Ruth Saldana, U.S. Attorney's Office, Northern District

---

of Texas, Dallas, TX, for Plaintiff–Appellee.

Carlos R. Cardona, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, Bonita L. Gunden, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Amarillo, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Sergio Garza–Flores raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.